**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL A. DARBY,

    Petitioner,                                      Case No. 17-cv-10693
                                                    Hon. Matthew F. Leitman

v.

JACK KOWALSKI,

    Respondent,
_____/

**JUDGMENT**

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED IN LIMITED PART**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                                    DAVID J. WEAVER
                                                                    CLERK OF THE COURT

                                                                    By: s/Holly A. Monda
                                                                    Deputy Clerk

Approved:

s/Matthew F. Leitman                                Dated: October 26, 2020
Matthew F. Leitman                                   Flint, Michigan
United States District Court