UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. DARBY,

    Petitioner,

v.

    Case No. 17-cv-10693
    Hon. Matthew F. Leitman

JACK KOWALSKI.

    Respondent.

_____/

## ORDER (1) CONFIRMING PETITIONER MAY APPEAL IN FORMA PAUPERIS AND (2) GRANTING PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (ECF No. 32),

Petitioner Michael Darby is a state prisoner in the custody of the Michigan Department of Corrections. On October 26, 2020, the Court issued an Opinion and Order that (1) denied Darby's petition for a writ of habeas corpus, (2) granted Darby a limited certificate of appealability, and (3) granted Darby leave to appeal *in forma pauperis*. (*See* Op. and Order, ECF No. 26.)

On December 22, 2020, Darby filed a motion asking that the Court grant him leave to appeal *in forma pauperis*. (*See* Mot., ECF No. 32.) The Court previously granted that request in its Opinion and Order denying Darby's habeas petition. (*See* Op. and Order, ECF No. 26, PageID.1792.) Through this order, the Court **CONFIRMS** that Darby may proceed *in forma pauperis* on appeal. Thus, to the

1

extent Darby's motion seeks leave to appeal *in forma pauperis*, the motion is **GRANTED**.

    **IT IS SO ORDERED**.

Dated: December 22, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 22, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764